UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE CARL ELLINGTON, Jr. <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SACRAMENTO, et al., <br><br> Defendants. | No. 2:25-cv-00158-DC-JDP (PS) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (Doc. Nos. 22, 27) |

Plaintiff Robbie Carl Ellington is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On October 6, 2025, Defendants filed a motion to dismiss Plaintiff's second amended complaint. (Doc. No. 22.)

On December 5, 2025, the magistrate judge filed findings and recommendations recommending this action be dismissed without prejudice for failure to prosecute, failure to comply with the court's local rules, and failure to comply with the court's orders. (Doc. No. 27.) The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 3.) The parties have not filed objections to the findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on December 5, 2025 (Doc. No. 27) are ADOPTED in full;
2. This action is dismissed without prejudice for failure to prosecute, failure to comply with the court's local rules, and failure to comply with court orders;
3. Defendants' motion to dismiss (Doc. No. 22) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 7, 2026**__

                                            Dena Coggins
                                            United States District Judge